**Order entered August 27, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00883-CR

### EX PARTE BARBARA JEAN BARRETT

**On Appeal from the 354th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 32471CR**

## ORDER

Before the Court is appellant's August 26, 2019 motion to extend the time to file appellant's brief. The motion is **GRANTED**. Appellant's brief shall be due on or before **September 13, 2019**. The State's brief shall be due on or before **October 4, 2019**.

/s/    BILL PEDERSEN, III
JUSTICE